UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**NAKIA MUIRHEAD,**

   Plaintiff,

v.                                                    **No. 4:25-cv-1222-P**

**STRIDE, INC.,**

   Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 10. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The undersigned District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **ORDERS** that Defendant's Motion to Compel Arbitration be **GRANTED** and the case be **STAYED** pending arbitration. The Clerk is directed to administratively close the case. The Parties are further **ORDERED** to notify the Court of the status of the case no later than seven days after the conclusion of arbitration.

**SO ORDERED** on this **10th day of June 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE